| United States Bankruptcy Court<br>Middle District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cabernet Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-5767555** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Vineyards Crossing**<br>**Lexington, NC**<br>ZIP Code **27292** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Davidson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**11 Union St. South**<br>**Ste 300**<br>**Concord, NC**<br>ZIP Code **28025** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cabernet Holdings, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>     Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Cabernet Holdings, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
  Signature of Debtor

**X** _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X**  **/s/ Brian P. Hayes**_____
Signature of Attorney for Debtor(s)

 **Brian P. Hayes 27017**
Printed Name of Attorney for Debtor(s)

 **Ferguson, Scarbrough and Hayes, PA**
Firm Name
 **PO Box 444**
 **Concord, NC 28026-0444**

_____
Address

 **704-788-3211  Fax: 704-795-0293**
Telephone Number
 **April  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Leonard B. Sossamon**_____
Signature of Authorized Individual
 **Leonard B. Sossamon**
Printed Name of Authorized Individual
 **Member-Manager**
Title of Authorized Individual
 **April  1, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Cabernet Holdings, LLC**

                                      Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Hotel 16458 Collections Center Dr Chicago, IL 60693** | **American Hotel 16458 Collections Center Dr Chicago, IL 60693** | | | **601.58** |
| **Amsan PO Box 404468 Atlanta, GA 30384** | **Amsan PO Box 404468 Atlanta, GA 30384** | | | **158.10** |
| **Davidson County Tax Collector PO Box 1577 Lexington, NC 27293** | **Davidson County Tax Collector PO Box 1577 Lexington, NC 27293** | **real property tax** | | **75,000.00** |
| **EG Forest PO Box 228 Winston Salem, NC 27102** | **EG Forest PO Box 228 Winston Salem, NC 27102** | | | **543.09** |
| **Elevator Technical Service PO Box 25305 Charlotte, NC 28229** | **Elevator Technical Service PO Box 25305 Charlotte, NC 28229** | | | **1,120.00** |
| **Fairway Outdoor Advertising PO Box 60125 Charlotte, NC 28260** | **Fairway Outdoor Advertising PO Box 60125 Charlotte, NC 28260** | | | **1,000.00** |
| **Guest Supply Inc PO Box 910 Monmouth Junction, NJ 08852** | **Guest Supply Inc PO Box 910 Monmouth Junction, NJ 08852** | | | **578.23** |
| **Hospitality Direct 6567 South US Hwy 1 Rockledge, FL 32955** | **Hospitality Direct 6567 South US Hwy 1 Rockledge, FL 32955** | | | **45,000.00** |
| **Infomart 1582 Terrell Mill Rd SE Marietta, GA 30067** | **Infomart 1582 Terrell Mill Rd SE Marietta, GA 30067** | | | **201.40** |
| **Intercontinental Hotel Group PO Box 101074 Atlanta, GA 30392** | **Intercontinental Hotel Group PO Box 101074 Atlanta, GA 30392** | | | **14,728.20** |
| **New Bridge Bank PO Box 867 Lexington, NC 27293-0867** | **New Bridge Bank PO Box 867 Lexington, NC 27293-0867** | | | **6,600,000.00** **(0.00 secured)** |

In re **Cabernet Holdings, LLC**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Paul Wison<br>3312 Windsor Dr<br>Charlotte, NC 28201 | Paul Wison<br>3312 Windsor Dr<br>Charlotte, NC 28201 | | | 50,000.00 |
| Royal Cup<br>PO Box 170971<br>Birmingham, AL 35217 | Royal Cup<br>PO Box 170971<br>Birmingham, AL 35217 | | | 1,131.87 |
| S&S Office<br>PO Box 13152<br>Atlanta, GA 30324 | S&S Office<br>PO Box 13152<br>Atlanta, GA 30324 | | | 1,026.50 |
| Serta Mattress<br>PO Box 403460<br>Atlanta, GA 30384 | Serta Mattress<br>PO Box 403460<br>Atlanta, GA 30384 | | | 28,285.59 |
| Sign Management<br>2501 Perimeter Place Dr Ste<br>Nashville, TN 37214 | Sign Management<br>2501 Perimeter Place Dr Ste<br>Nashville, TN 37214 | | | 35,883.72 |
| Tim Henderson<br>7138 S. Nc Highway 150<br>Lexington, NC 27295 | Tim Henderson<br>7138 S. Nc Highway 150<br>Lexington, NC 27295 | | | 900.00 |
| TriState Tech & TLC Equipment<br>PO Box 1259<br>Waycross, GA 31502 | TriState Tech & TLC Equipment<br>PO Box 1259<br>Waycross, GA 31502 | | | 265.63 |
| US Foods<br>125 Fort Mill Pkwy<br>Fort Mill, SC 29715 | US Foods<br>125 Fort Mill Pkwy<br>Fort Mill, SC 29715 | | | 2,419.28 |
| Womble Carlyle<br>2100 Wachovia Capital Center<br>150 Fayetteville St<br>Raleigh, NC 27601 | Womble Carlyle<br>2100 Wachovia Capital Center<br>150 Fayetteville St<br>Raleigh, NC 27601 | | | 56,935.81 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Member-Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 1, 2010**          Signature   **/s/ Leonard B. Sossamon**

                                                  **Leonard B. Sossamon**<br>                                                  **Member-Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

Credit Bureau
PO Box 26140
Greensboro, NC 27402


Employment Security Commission
PO Box 26504
Raleigh, NC 27611


American Hotel
16458 Collections Center Dr
Chicago, IL 60693


Amsan
PO Box 404468
Atlanta, GA 30384


Davidson County Tax Collector
PO Box 1577
Lexington, NC 27293


EG Forest
PO Box 228
Winston Salem, NC 27102


Elevator Technical Service
PO Box 25305
Charlotte, NC 28229


Fairway Outdoor Advertising
PO Box 60125
Charlotte, NC 28260


FedEx
PO Box 371461
Pittsburgh, PA 15250


Guest Supply Inc
PO Box 910
Monmouth Junction, NJ 08852


Hospitality Direct
6567 South US Hwy 1
Rockledge, FL 32955

Infomart
1582 Terrell Mill Rd SE
Marietta, GA 30067


Intercontinental Hotel Group
PO Box 101074
Atlanta, GA 30392


Irvin Sink
118 W. First Ave
High Point, NC 27262


Kevin Belverd
147 Overbrook Drive
Concord, NC 28025


Lanes
PO Box 14973
Surfside Beach, SC 29587


New Bridge Bank
PO Box 867
Lexington, NC 27293-0867


Paul Wison
3312 Windsor Dr
Charlotte, NC 28201


Royal Cup
PO Box 170971
Birmingham, AL 35217


S&S Office
PO Box 13152
Atlanta, GA 30324


Security Central
PO Box 5759
Statesville, NC 28687


Serta Mattress
PO Box 403460
Atlanta, GA 30384

Sign Management
2501 Perimeter Place Dr
Ste
Nashville, TN 37214


Tim Henderson
7138 S. Nc Highway 150
Lexington, NC 27295


TriState Tech & TLC Equipment
PO Box 1259
Waycross, GA 31502


US Foods
125 Fort Mill Pkwy
Fort Mill, SC 29715


Womble Carlyle
2100 Wachovia Capital Center
150 Fayetteville St
Raleigh, NC 27601