UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:

Cabernet Holdings, LLC                    Case No: B-10-50602

Debtor

## MOTION BY BANKRUPTCY ADMINISTRATOR FOR STATUS CONFERENCE

The undersigned United States Bankruptcy Administrator for the Middle District of North Carolina ( "BA") hereby moves the court for a status conference to be held 60 days from the date of filing of the petition, or as soon thereafter as can be scheduled.

This the 12th day of April, 2010.

U.S. BANKRUPTCY ADMINISTRATOR

Robyn R. C. Whitman
N. C. State Bar No. 16325

U. S. Bankruptcy Administrator
Middle District of North Carolina
Post Office Box 1828
Greensboro, NC 27402
(336) 358-4170

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:

Cabernet Holdings, LLC      Case No: B-10-50602

Debtor

CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2010 a copy of the **MOTION BY THE BANKRUPTCY ADMINISTRATOR FOR STATUS CONFERENCE** was served upon the following by first class mail or by electronic service through CM/ECF:

Brian Hayes via electronic service

U. S. BANKRUPTCY ADMINISTRATOR

By: _____
Bankruptcy Analyst

U. S. Bankruptcy Administrator
Middle District of North Carolina
Post Office Box 1828
Greensboro, NC 27402
(336) 358-4170