UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

Cabernet Holdings, LLC,

    Debtor.

Case No. 10-50602C-11W

## ORDER

This case came before the court on May 18, 2010, for hearing on the Motion of NewBridge Bank for Order Dismissing or Converting Bankruptcy Case ("Motion"). June L. Basden appeared on behalf of NewBridge Bank, William P. Miller appeared as receiver, Brian P. Hayes appeared on behalf of the Debtor, and Robyn C. Whitman appeared on behalf of the United States Bankruptcy Administrator. Having considered the Motion, the evidence and record before the court and the arguments of counsel, the court has concluded that there should be a further hearing on the Motion and that the further hearing on the Motion should be held on June 15, 2010, at 9:30 a.m. in the United States Bankruptcy Court, Second Floor, Courtroom #1, 101 South Edgeworth Street, Greensboro, North Carolina.

IT IS SO ORDERED.

This 19th day of May, 2010.

_William L. Stocks_
WILLIAM L. STOCKS
United States Bankruptcy Judge

PARTIES IN INTEREST

Brian Hayes, Esq.
P.O. Box 444
Concord, NC 28026-0444

June L. Basden, Esq.
P.O. Box 540
Greensboro, NC 27402-0540

Terri L. Gardner, Esq.
P.O. Box 30519
Raleigh, NC 27622

Lieb Lerner, Esq.
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071

William P. Miller, Esq.
P.O. Box 1550
High Point, NC 27261

Michael D. West, Bankruptcy Administrator