UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:                                    )
                                          )
CABERNET HOLDINGS, LLC,                   )         Case No. 10-50602 C-11W
                                          )
                 Debtor                   )


**ORDER GRANTING BA'S MOTION
TO CONTINUE STATUS HEARING**

THIS MATTER CAME ON before the undersigned bankruptcy judge upon the Motion of the Bankruptcy Administrator ("BA") for a continuance of the BA's Motion for Status Conference from June 3, 2010 in Winston-Salem to June 15, 2010 in Greensboro, NC.

IT APPEARS TO THE COURT and the Court so finds and concludes that the Receiver, William P. Miller, has a conflict on the date of the June 3rd hearing and that the April monthly report is outstanding. Counsel for the BA, counsel for the Debtor, counsel for NewBridge Bank, and the Receiver have corresponded and agreed that it would be more efficient to continue the status hearing to June 15, 2010, when other matters in this case are scheduled to be heard.

THEREFORE, IT IS ORDERED that the Status Hearing currently scheduled for June 3, 2010 in Winston-Salem is hereby continued until June 15, 2010, at the U. S. Bankruptcy Court, Courtroom No. 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC.

PARTIES TO BE SERVED

10-50602

Page 1 of 1

Brian P. Hayes, Esq.

June L. Basden, Esq.

William P. Miller, Esq.

Terri L. Gardner, Esq.

Michael D. West, Esq.

2